# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 2 5 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1996 Silver and Black Mazda MPV Van Bearing<br>Virginia License Plate UMY8830 and VIN Number<br>JM3LV522XT0811763, Located In the District of Maryland | )<br>)<br>)   Case No. TMD 18-1793<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location):*

1996 Silver and Black Mazda MPV Van, Bearing Virginia License Plate UMY8830 and VIN Number JM3LV522XT0811763, Located In the District of Maryland   (See Attachment B)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 6, 2018 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ duty magistrate judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____ 6/22/18  2:00 PM _____         _____ /s/ Thomas M. DiGirolamo _____
                                                                                            *Judge's signature*

City and state:   Greenbelt, Maryland                           Thomas M. DiGirolamo, Magistrate Judge, US District Ct
                                                                                            *Printed name and title*

## ATTACHMENT A
### Items to be seized

(A) Heroin, fentanyl, Cocaine, Cocaine base, also known as "crack" Cocaine, marijuana, MDMA, and any other illegal controlled substances, as well as any materials or items used for the preparation of illegal controlled substances;

(B) Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation, ordering, purchasing and distribution of controlled substances;

(C) Address and/or telephone books, papers, paging devices and their contents, and cellular telephones and their contents reflecting names, addresses and/or telephone numbers, including computerized or electronic address and/or telephone records;

(D) Books, records, receipts, bank statements and record money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, safety deposit keys, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets in the obtaining, secreting, transfer, concealment and/or expending or money;

(E) United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds;

(F) Photographs, in particular, photographs of co-conspirators, of assets, and/or of controlled substances, and other documents identifying associates and co-conspirators;

(G) Indicia of occupancy, residence and/or ownership of the target locations, including but not limited to, utility and telephone bills, canceled envelopes and keys;

(H) Indicia of travel, including but not limited to, passport, visas, airline tickets, boarding passes, and airline receipts;

(I) Safes: combinations or lock-type, and their contents;

(J) Cellular telephones, SIM cards, tablets, laptops, thumb drives, and all other electronic devices which could contain evidence of (i) the nature, extent and methods of operation of the Target Offenses in which the above-named individuals participated; (ii) the identities, roles, and telephone numbers of the conspirators, accomplices, aiders and abettors, and other participants in the Target Offenses; (iii) the existence and location of records of the Target Offenses; (iv) the existence and location of any other items or means used in furtherance of the Target Offenses; and (v) the dates and times for the commission of the aforementioned Target

        Offenses. This warrant shall authorize the forensic search of such electronic devices.

(K)    Firearms, ammunition, silencing devices, destructive devices, magazines, firearm accessories and equipment related to the use or maintenance of firearms, any other weapons which could be used to further the Target Offenses, and documents related to the ownership or registration of such firearms or firearm accessories.

## ATTACHMENT B-2

The **MAZDA MPV** to be searched is a 1996 silver and black MAZDA MPV van bearing Virginia tag UMY8830 and Vehicle Identification Number JM3LV522XT0811763 located in a law enforcement evidence bay in the District of Maryland.